

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

1901 L Street, NW
Washington, DC 20036
T +1 (202) 282-5000
F +1 (202) 282-5100

**ABBE DAVID LOWELL**
Partner
(202) 282-5000

May 24, 2024

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re:   *Robert Hunter Biden v. Rudolph W. Giuliani, et al.*, Case No.  1:24-cv-2021 (JGLC)**

Dear Judge Clarke:

     Pursuant to this Court's Order of April 16, 2024, the Parties in the above-captioned action submit this joint letter addressing "whether they would like to proceed before the Bankruptcy Court or whether the parties intend to file a stipulation of dismissal."  (ECF No. 33.)

     After communications between counsel and with their respective clients, the Parties intend to file a stipulation of dismissal of the action, without prejudice, and to toll the relevant statutes of limitations for the claims asserted in the action.  The Parties anticipate finalizing their tolling agreement and filing a stipulation of dismissal without prejudice within the next ten (10) calendar days.

Respectfully submitted,

| */s/ Abbe David Lowell* | */s/ Joseph D. Sibley IV* |
|---|---|
| Winston & Strawn LLP | Camara & Sibley LLP |
| 200 Park Avenue | 1108 Lavaca St. Suite 110263 |
| New York, NY 10166 | Austin, TX 78701 |
| Telephone: (212) 294-6700 | Telephone: (713) 966-6789 |
| Fax: (212) 294-4700 | Fax: (713) 583-1131 |
| AbbeLowellPublicOutreach@winston.com | sibley@camarasibley.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC |



April 15, 2024<br>Page 2

<u>/s/ Robert L. Rattet</u>

Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
Telephone: (212) 557-7200
Fax: (212) 286-1884
rlr@dhclegal.com

Attorneys for Defendant Robert J. Costello