UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Hunter Biden, an individual,

                Plaintiff,

v.

Rudolph W. Giuliani, an individual; Giuliani Partners, LLC, a Limited Liability Company; Giuliani Group, LLC, a Limited Liability Company; Giuliani Security & Safety, LLC, a Limited Liability Company; Robert J. Costello, an individual, and Does 1 through 10, inclusive;

                Defendants.

Docket No.: 1:24-cv-2021 (JGLC)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Hunter Biden and Defendant(s) Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC, and Robert J. Costello, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: June 13, 2024

Respectfully submitted,

_____
Abbe D. Lowell
Winston & Strawn LLP
*Attorneys for Plaintiff Robert Hunter Biden*

Dated: June 13, 2024

Respectfully submitted,

_____
Joseph D. Sibley IV
Camara & Sibley LLP

AmericasActive:20044405.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Hunter Biden, an individual,

Plaintiff,

v.

Rudolph W. Giuliani, an individual; Giuliani Partners, LLC, a Limited Liability Company; Giuliani Group, LLC, a Limited Liability Company; Giuliani Security & Safety, LLC, a Limited Liability Company; Robert J. Costello, an individual, and Does 1 through 10, inclusive;

Defendants.

Docket No.: 1:24-cv-2021 (JGLC)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Hunter Biden

and Defendant(s) Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC,

and Robert J. Costello, by and through undersigned counsel, hereby stipulate that this action and

all claims and defenses asserted therein be dismissed without prejudice, with each party bearing

its own attorneys' fees, costs, and expenses.

Dated: June 12, 2024

Respectfully submitted,

_____
Abbe D. Lowell
Winston & Strawn LLP
*Attorneys for Plaintiff Robert Hunter Biden*

Dated: June 12, 2024

Respectfully submitted,

_____
Joseph D. Sibley IV
Camara & Sibley LLP

AmericasActive:20044405.2

*Attorneys for Defendants Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC*

Dated: June 11, 2024

Respectfully submitted,

Robert L. Rattet
Davidoff Hutcher & Citron LLP
*Attorneys for Defendant Robert J. Costello*

The Clerk of Court is directed to close this case.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 28, 2024
        New York, New York

AmericasActive:20044405.2